*Justin Maffeo* and *Howard A. Lawrence*, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided September 20, 2001

## STATE OF CONNECTICUT *v.* LEONARD TALTON

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 851 (AC 20160), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided September 20, 2001

## CITY OF TORRINGTON *v.* ZONING COMMISSION OF THE TOWN OF HARWINTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 776 (AC 20249), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a stipulated judgment in a zone change appeal modified the regulations applicable to a subsequent special use and site plan application?"

The Supreme Court docket number is SC 16589.

*Randall S. McHugh*, in support of the petition.